UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re

Lawrence Zollo
aka Larry Zollo
and
Carmelina Gemma
aka Linella Gemma

              CHAPTER    7
              CASE NO.    8:17-bk-09326-MGW

      Debtor(s)
_____/

## MOTION FOR RELIEF FROM STAY FILED BY SPECIALIZED LOAN SERVICING LLC REGARDING REAL PROPERTY

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party-in-interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602-3899 and serve a copy on the movant's attorney (Jessica Hicks, Kass Shuler, P.A., P.O. Box 800, Tampa, Florida 33601), and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

SPECIALIZED LOAN SERVICING LLC ("Creditor"), pursuant to §§362(d)(1) and (2) of the Bankruptcy Code, hereby moves this Court for entry of an order granting relief from stay as to the bankruptcy estate and as to the Debtor(s), and states:

1.      For value received, the Debtor(s) executed and delivered a Promissory Note ("Note") as evidence of indebtedness to Creditor.

2.      The Debtor executed and delivered a Mortgage to Creditor securing said indebtedness with the following property: **REAL PROPERTY LOCATED: 748 NINA DRIVE TIERRA VERDE, FL 33715, LEGALLY DESCRIBED AS: LOT 10 BLOCK Q, A REPLAT OF TRACT B TIERRA VERDE, ACCORDING TO THE MAP OR PLAT THEROF, AS RECORDED IN PLAT BOOK 82, PAGE (S)63 AND 64, OF THE PUBLIC**

**RECORDS OF PINELLAS COUNTY, FLORIDA.** ("Collateral").

3. Movant is entitled to enforce the Note and Mortgage. Copies of the relevant loan document(s) are attached hereto as Exhibits "1" & "2".

4. The Debtor(s) defaulted under the terms of the Note and/or Mortgage with Creditor by failing to do the following: make all payments when due.

5. The Debtor(s), and the estate, have made no offer of adequate protection to Creditor regarding Creditor's interest in the Collateral. Creditor, therefore, lacks adequate protection.

6. The Collateral is diminishing and decreasing in value and continues to do so by virtue of the continued use of the Collateral by the Debtor(s) without payments to Creditor.

7. The Debtor(s) and the estate may lack equity in the Collateral.

8. The Collateral is not necessary to an effective reorganization.

9. Pursuant to the terms of the Promissory Note / Contract between the parties, the Debtor(s) is/are obligated to pay Creditor's reasonable attorneys' fees and court costs. Creditor has retained the undersigned attorneys and has agreed to pay them a reasonable fee for their services rendered in connection with this Motion.

10. Creditor asserts sufficient cause exists to waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon this Honorable Court's signature. In addition Creditor prays that the Court suspend the Rule in all instances in which there is a Consent on the part of the Debtor(s).

11. The Debtor intends to retain the collateral per the Statement of Intention.

12. The unpaid principal balance due is in the amount of $396,071.41.

13. The account at issue is presently due for the payment due November 1, 2017 and all subsequent payments which have come due through the date of this Motion.

14. Specialized Loan Servicing, LLC services the loan on the property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

WHEREFORE, Creditor requests that the Court enter an order modifying or terminating the automatic stay as to the Debtor(s) and to the estate to permit Creditor to enforce its in rem contractual and state law remedies as against the Collateral and for such other relief as requested above.

/s/ Jessica Hicks
Jessica Hicks
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext.1465
Fax:   (813) 229-3323
jhicks@kasslaw.com
Florida Bar No. 1003462

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on March 6, 2018, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Lawrence Zollo aka Larry Zollo and Carmelina Gemma aka Linella Gemma, 748 Nina Drive, Saint Petersburg, FL 33715; Dion R Hancock 405 6th St S Fl 2, St Petersburg, FL 33701-4434; Beth Ann Scharrer, Trustee P.O. Box 4550, Seminole, FL 33775-4550.

/s/ Jessica Hicks
Jessica Hicks (x1465)

1805647/mdm