B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re: **Lawrence Zollo / Carmelina Gemma**, Debtor(s)

Case No. **8:17-bk-09326**
Chapter **7**

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **$300.00 per hour** |
   | Prior to the filing of this statement I have received | $ **900.00 total received, for review of documents post-petition regarding trustee and creditors, calls and emails with clients** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:
   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:
   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service regarding post petition document review, advice, emails and calls.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 25, 2018**
*Date*

**/s/ Dion Robert Hancock**
**Dion Robert Hancock**
*Signature of Attorney*
**Dion R. Hancock, P.A.**
**405 6th Street South**
**Second Floor**
**Saint Petersburg, FL 33701**
**(727) 821-1386   Fax: (727) 361-0444**
**attorneydionhancock@gmail.com**
*Name of law firm*