ORDERED.

Dated: **September 26, 2018**

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourt.gov

In re:  Case No.: 8:17-BK-09326-MGW

Lawrence Zollo and Carmelina Gemma,  Chapter 7

　　　　Debtors.
_____/

**ORDER GRANTING**
**HANCOCK WHITNEY BANK RELIEF FROM STAY (DOC. NO. 57)**

This case came on for consideration on the Motion for Relief from Stay filed by Hancock Whitney Bank (Doc. No. 57) (the "motion"). The motion was served by negative notice and no appropriate response was timely filed in accordance with Local Rule 2002-4. Accordingly, it is

**ORDERED**:

1. The Motion (Doc. No. 57) is granted.

2. That the automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**Lot 10, Block Q, A Replat of Tract "B" Tierra Verde, Unit One, Fourth Replat,**

**according to the map or plat thereof, as recorded in Plat Book 82, Page(s) 63 and 64, of the Public Records of Pinellas County, Florida; the property address of 748 Nina Dr.,Tierra Verde, FL 33715**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtors.

Attorney Chad D. Heckman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.